PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICHARD THORNTON

Plaintiff,

v.

LEADS.NET, LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

**Case No.:** 2:26-cv-11944-JFW (BFMx)

**ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT FOR LACK OF SUBJECT-MATTER JURISDICTION**

The Court, having considered the Parties' Joint Stipulation to Remand Action to Los Angeles County Superior Court for Lack of Subject-Matter Jurisdiction, and for good cause, hereby ORDERS as follows:

1. The Court finds that Plaintiff has not established Article III standing sufficient to invoke the subject-matter jurisdiction of this Court.
2. Accordingly, the Court lacks subject-matter jurisdiction over this action, notwithstanding Defendant's removal pursuant to 28 U.S.C. § 1332.
3. Pursuant to 28 U.S.C. § 1447(c), this action is hereby **REMANDED** to the Superior Court of California, County of Los Angeles, Case No. 26STCV28505.
4. Each Party shall bear its own attorneys' fees and costs incurred in connection with

removal and remand.

5. This Order does not adjudicate the merits of Plaintiff's claims or Defendant's defenses, all of which remain for determination by the state court.

6. The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of the Superior Court of California, County of Los Angeles, and to close this federal action.

**IT IS SO ORDERED.**

Dated: November 24, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705